

## US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
General Insurance Company of America,
v.
Clark Mall Corp. d/b/a Discount Mega Mall Corp., et al.

**08CV2787**
**JUDGE GUZMAN**
**MAG. JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

General Insurance Company of America

| | |
|---|---|
| NAME (Type or Print)<br>Mary K. Cryar | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Mary K. Cryar | |
| FIRM<br>Johnson & Bell, Ltd. | |
| STREET ADDRESS<br>33 W. Monroe St., Suite 2700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06279042 | TELEPHONE NUMBER<br>(312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO x |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO x |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐  NO x |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

FILED
MAY 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT