# US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
General Insurance Company of America,  
v.  
Clark Mall Corp. d/b/a Discount Mega Mall Corp., et al.

Case Number: 08 CV 2787

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

General Insurance Company of America

| | |
|---|---|
| NAME (Type or Print) <br> William K. McVisk | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/William K. McVisk | |
| FIRM <br> Johnson & Bell, Ltd. | |
| STREET ADDRESS <br> 33 W. Monroe St., Suite 2700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1871307 | TELEPHONE NUMBER <br> (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✓    NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ✓    NO | |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR?    YES ✓    NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |