IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

NOTICE OF FILING

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CLARK MALL CORP. d/b/a DISCOUNT MEGA MALL CORP., MARCOS I. TAPIA, JUAN E. BELLO, JOSE L. GARCIA, LETICIA HURTADO, YOUNG S. KO, MARIANO KON, CHOONG I. KUAN, ROSA G. MADRIGAL, HILDA MENDOZA, MAN OK NO, HEE T. PARK, SUNG W. PARK, MARIA L. ROMAN, VICTOR H. VISOSO, KYUN HEE PARK, and JENNIFER PARK,<br>Defendants. | Case No. 08 CV 2787<br><br>Judge Guzman<br><br>Magistrate Judge Ashman |

TO:   William K. McVisk
      Mary K. Cryar
      Johnson & Bell, Ltd.
      33 West Monroe Street, Suite 2700
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on June 16, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants **DISCOUNT MEGA MALL CORP., KYUN HEE PARK, and JENNIFER PARK's Answer and Counterclaim,** a copy of which along with this Notice is hereby served upon you.

Lawrence B. Ordower
Michael T. Stanley
Ordower & Ordower, P.C.
One N. LaSalle Street #1300
Chicago, Illinois 60602
(312) 263-5122

## CERTIFICATE OF SERVICE

I, MICHAEL T. STANLEY, an attorney, certify that I caused to be served the foregoing Notice of Filing together with the attached Answer and Counterclaim, upon William K. McVisk and Mary K. Cryar, via Electronic Filing on this 16th day of June, 2008 before 5:00 p.m.

_____
Michael T. Stanley