## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2787                    Assigned/Issued By: Dmk

Judge Name: Guzman                       Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              *(Victim, Against and $ Amount)*

☐ Writ _____                ☐ Other
    *(Type of Writ)*                       _____
                                           _____
                                           *(Type of issuance)*

__1__ Original and __1__ copies on __7/11/08__ as to  Clark Mall Corp., d/b/a
                                *(Date)*
Discount Mega Mall Corporation
_____

_____