IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**NOTICE OF FILING**

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> CLARK MALL CORP. d/b/a DISCOUNT MEGA MALL CORP., MARCOS I. TAPIA, JUAN E. BELLO, JOSE L. GARCIA, LETICIA HURTADO, YOUNG S. KO, MARIANO KON, CHOONG I. KUAN, ROSA G. MADRIGAL, HILDA MENDOZA, MAN OK NO, HEE T. PARK, SUNG W. PARK, MARIA L. ROMAN, VICTOR H. VISOSO, KYUN HEE PARK, and JENNIFER PARK, <br>     Defendants. | Case No. 08 CV 2787 <br><br> Judge Guzman <br><br> Magistrate Judge Ashman |

TO:   William K. McVisk
        Mary K. Cryar
        Johnson & Bell, Ltd.
        33 West Monroe Street, Suite 2700
        Chicago, Illinois 60603

      PLEASE TAKE NOTICE that on July 15, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants **DISCOUNT MEGA MALL CORP., KYUN HEE PARK, and JENNIFER PARK's Motion for Judgment on the Pleadings,** a copy of which along with this Notice is hereby served upon you.

                                          _/s/ Lawrence B. Ordower_
                                          Lawrence B. Ordower
                                          Michael T. Stanley
                                          Ordower & Ordower, P.C.
                                          One N. LaSalle Street #1300
                                          Chicago, Illinois 60602
                                          (312) 263-5122

CERTIFICATE OF SERVICE

    I, MICHAEL T. STANLEY, an attorney, certify that I caused to be served the foregoing Notice of Filing together with the attached Motion for Judgment on the Pleadings, upon William K. McVisk and Mary K. Cryar, via Electronic Filing on this 15th day of July, 2008 before 5:00 p.m.

/s/ Michael T. Stanley
Michael T. Stanley