## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

General Insurance Company of America, et al.

                           Plaintiff,

v.

                                     Case No.:
                                     1:08−cv−02787
                                     Honorable Ronald A.
                                     Guzman

Clark Mall Corp, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 7/14/2008. Amended pleadings and joinder of parties due by 10/1/2008. Discovery ordered closed by 11/17/2008. Dispositive motions due by 12/22/2008. Status hearing set for 11/19/2008 at 09:30 AM. Set deadlines as to motion by Counter Claimants Kyun Hee Park, Jennifer Park, Clark Mall Corp for judgment on the pleadings [15] : Responses due by 8/20/2008. Replies due by 9/3/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.