## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 2787 |
| ) | |
| CLARK MALL CORP. d/b/a ) | Judge Guzman |
| DISCOUNT MEGA MALL CORP., ) | |
| MARCOS I. TAPIA, JUAN E. BELLO, ) | Magistrate Jude Ashman |
| JOSE L. GARCIA, LETICIA ) | |
| HURTADO, YOUNG S. KO, MARIANO ) | |
| KON, CHOONG I. KUAN, ROSA G. ) | |
| MADRIGAL, HILDA MENDOZA, ) | |
| MAN OK NO, HEE T. PARK, SUNG W. ) | |
| PARK, MARIA L. ROMAN, VICTOR H. ) | |
| VISOSO, KYUN HEE PARK and ) | |
| JENNIFER PARK ) | |
|     Defendants. | |

### CERTIFICATE OF SERVICE

    I hereby certified that on the 20th day of August, 2008, I electronically filed the foregoing Plaintiff's Response to Motion for Judgment on The Pleadings, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Lawrence B. Ordower, Esq. | W. Dan Lee |
| Ordower & Ordower, PC | 155 N. Michigan Avenue |
| One North LaSalle Street | Suite 631 |
| Suite 1300 | Chicago, IL 60601 |
| Chicago, IL 60602 | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  none.

                                                                                         /s/William K. McVisk

William K. McVisk, ARDC #1871307
Mary K. Cryar, ARDC #06279042
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone:  (312) 372-0770
#1921911