### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY ) <br> OF AMERICA, ) <br>           Plaintiff, ) <br>            ) <br>    v.            ) <br>            ) <br> CLARK MALL CORP. d/b/a DISCOUNT MEGA ) <br> MALL CORP., MARCOS I. TAPIA, JUAN E. ) <br> BELLO, JOSE L. GARCIA, LETICIA HURTADO,) <br> YOUNG S. KO, MARIANO KON, CHOONG I. ) <br> KUAN, ROSA G. MADRIGAL, HILDA ) <br> MENDOZA, MAN OK NO, HEE T. PARK, ) <br> SUNG W. PARK, MARIA L. ROMAN, ) <br> VICTOR H. VISOSA, KYUN HEE PARK and ) <br> JENNIFER PARK, ) <br>           Defendants. ) | Case No. CV 2787 <br><br> Judge Guzman <br><br> Magistrate Judge Ashman |

### MOTION FOR LEAVE TO APPOINT SPECIAL PROCESS SERVER

NOW COMES the Plaintiff, General Insurance Company of America, by and through its counsel, Mary K. Cryar, and in support of its Motion for Leave to Appoint Special Process Server, states as follows:

1. On or about May 14, 2008, Plaintiff filed this declaratory judgment action.

2. On or about May 14, 2008, undersigned counsel had a telephone conference with Lawrence Ordower, counsel for Defendant Clark Mall Corp. d/b/a Discount Mega Mall Corp., Jennifer Park and Kyun Hee Park in the underlying lawsuit during which undersigned counsel requested and Mr. Ordower agreed, to accept service of process for his clients.

3. On June 16, 2008, Defendants Discount Mega Mall Corp., Jennifer Park and Kyun Hee Park filed their Answer to the instant Declaratory Complaint. Discount Mega Mall Corp., Jennifer Park and Kyun Hee Park are represented in this matter by Mr. Ordower. No Answer was filed on behalf of Defendant Clark Mall Corp.

4. Upon receipt of the Answer, undersigned counsel telephoned Mr. Ordower to inquire why he had not answered on behalf of Clark Mall Corp. Mr. Ordower advised he did not agree to accept service for Clark Mall Corp. Undersigned counsel asked whether Mr. Ordower would accept service for Clark Mall specifically and he said refused to do so.

5. On July 11, 2008, a summons was issued for Clark Mall Corp. through its registered agent for service of process, Lawrence B. Ordower, the same Lawrence B. Ordower who is representing Discount Mega Mall Corp., Jennifer Park and Kyun Hee Park in the instant matter and the same Lawrence B. Ordower who refused to accept service for Clark Mall Corp.

6. The Cook County Sheriff's Office has attempted six times to serve Clark Mall Corp. through Mr. Ordower but Mr. Ordower has never been in his office to accept service. (See Exhibit A, Return from Cook County Sheriff's Office).

7. Under Federal Rule of Civil Procedure 4, the court within its discretion may authorize the appointment of a special process server upon motion.

8. Plaintiff requests leave to appoint Jeffrey F. Mills of Target Service as its special process server.

WHEREFORE, Plaintiff, respectfully requests that this Honorable Court enter an Order appointing Jeffrey F. Mills of Target Service as a special process server.

                        Respectfully submitted,

                        GENERAL INSURANCE COMPANY OF AMERICA

                        s/Mary K. Cryar

William K. McVisk, ARDC #1871307
Mary K. Cryar, ARDC #06279042
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700

Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-9818
E-mail: mcviskw@jbltd.com
cryarm@jbltd.com
#1922561

SHERIFF'S NUMBER 093671-001D   CASE NUMBER 08CV2787   DEPUTY: _____ 1024

FILED DT 07-11-2008 RECEIVED DT 07-11-2008 DIE DT 08-28-2008 MULTIPLE SERVICE  1
    DEFENDANT                                    ATTORNEY
CLARK MALL CORP DBA DISCOUNT MEGA MALL CORP      JOHNSON & BELL, LTD
1 N LA SALLE ST                                  33 W MONROE ST
CHICAGO IL. 60602                                CHICAGO IL. 60631
                                                 312 372-0770
PLAINTIFF GENERAL INSURANCE CO OF A

SERVICE INFORMATION: CN   ~~C/O LAWRENCE R. ORDOWER~~         **FOREIGN**

***

(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
.....3 SERVICE ON:  CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____1024_____, DEPUTY

  1  SEX ___ M/F   RACE ___   AGE ___
  2  NAME OF DEFENDANT CLARK MALL CORP DBA DISCOUNT MEGA MALL CORP
     WRIT SERVED ON _____ N/S #2 _____
     THIS 28 DAY OF July, 2008 TIME 10:45 A.M./P.M.
     ADDITIONAL REMARKS  Attorney's hours unknown / no set hours

***

THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG _____ Office _____                ATTEMPTED SERVICES
NEIGHBORS NAME _____                 DATE      TIME A.M./P.M.
ADDRESS _____                        16 July 08   10:30a 1024 Not in today
                                               17 July 08   11:14  1110  Per Rockie
       REASON NOT SERVED:                      18 July 08   1:56p  1000
              ___ 07 EMPLOYER REFUSAL          21 July 08   10:43  1110  in court, Rocky
X  01 MOVED    ___ 08 RETURNED BY ATTY
X  02 NO CONTACT ___ 09 DECEASED               22 July 08   10:40  1024  Court
   03 EMPTY LOT ___ 10 BLDG DEMOLISHED         28 July 08   10:45  1024  not in
   04 NOT LISTED ___ 11 NO REGISTERED AGT.
   05 WRONG ADDRESS ___ 12 OTHER REASONS
   06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY

**PLAINTIFF'S EXHIBIT A**

FEE  .00   MILEAGE  .00   TOTAL  .00                            SG56