IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> CLARK MALL CORP. d/b/a DISCOUNT MEGA MALL CORP., MARCOS I. TAPIA, JUAN E. BELLO, JOSE L. GARCIA, LETICIA HURTADO, YOUNG S. KO, MARIANO KON, CHOONG I. KUAN, ROSA G. MADRIGAL, HILDA MENDOZA, MAN OK NO, HEE T. PARK, SUNG W. PARK, MARIA L. ROMAN, VICTOR H. VISOSO, KYUN HEE PARK and JENNIFER PARK <br>     Defendants. | ) ) ) ) ) No. 08 CV 2787 ) ) Judge Guzman ) ) Magistrate Jude Ashman ) ) ) ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:   Lawrence B. Ordower, Esq.                W. Dan Lee
      Ordower & Ordower, PC                    155 N. Michigan Avenue
      One North LaSalle Street                 Suite 631
      Suite 1300                               Chicago, IL  60601
      Chicago, IL 60602

   PLEASE TAKE NOTICE that on **August 26, 2008,** at **9:30 a.m.**, we shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 of the United States District Court for the Northern District of Illinois Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Plaintiff's Motion for Leave to Appoint Special Process Server,** a copy of which is attached and hereby served upon you.

                                                        s/Mary K. Cryar

William K. McVisk, ARDC #1871307
Mary K. Cryar, ARDC #06279042
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone:  (312) 372-0770
Fax:  (312) 372-9818