## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY ) <br> OF AMERICA, ) <br>         Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> CLARK MALL CORP. d/b/a DISCOUNT MEGA ) <br> MALL CORP., MARCOS I. TAPIA, JUAN E. ) <br> BELLO, JOSE L. GARCIA, LETICIA HURTADO,) <br> YOUNG S. KO, MARIANO KON, CHOONG I. ) <br> KUAN, ROSA G. MADRIGAL, HILDA ) <br> MENDOZA, MAN OK NO, HEE T. PARK, ) <br> SUNG W. PARK, MARIA L. ROMAN, ) <br> VICTOR H. VISOSA, KYUN HEE PARK and ) <br> JENNIFER PARK, ) <br>         Defendants. ) | Case No. CV 2787 <br><br> Judge Guzman <br><br> Magistrate Judge Ashman |

### CERTIFICATE OF SERVICE

I hereby certified that on the 21st day of August, 2008, I electronically filed the foregoing Plaintiff's Notice of Motion and Motion for Leave to Appoint Special Process Server, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Lawrence B. Ordower, Esq. <br> Ordower & Ordower, PC <br> One North LaSalle Street <br> Suite 1300 <br> Chicago, IL 60602 | W. Dan Lee <br> 155 N. Michigan Avenue <br> Suite 631 <br> Chicago, IL  60601 |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  none.

                                                    s/Mary K. Cryar

William K. McVisk, ARDC #1871307
Mary K. Cryar, ARDC #06279042
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone:  (312) 372-0770
#1921911