UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

General Insurance Company of America, et al.

                        Plaintiff,

v.                                             Case No.: 1:08−cv−02787

                                                  Honorable Ronald A. Guzman

Clark Mall Corp, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Defendants not in court. Motion hearing held on 8/26/2008. Motion by Plaintiff General Insurance Company of America for order and leave To Appoint Special Process Server [20] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.