## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

### NOTICE OF FILING

| | |
|---|---|
| GENERAL INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08 CV 2787 |
| CLARK MALL CORP. d/b/a ) | |
| DISCOUNT MEGA MALL CORP., ) | Judge Guzman |
| MARCOS I. TAPIA, JUAN E. BELLO, ) | |
| JOSE L. GARCIA, LETICIA ) | Magistrate Judge Ashman |
| HURTADO, YOUNG S. KO, MARIANO ) | |
| KON, CHOONG I. KUAN, ROSA G. ) | |
| MADRIGAL, HILDA MENDOZA, ) | |
| MAN OK NO, HEE T. PARK, SUNG W. ) | |
| PARK, MARIA L. ROMAN, VICTOR H. ) | |
| VISOSO, KYUN HEE PARK, and ) | |
| JENNIFER PARK, ) | |
|     Defendants. ) | |

TO:   William K. McVisk
        Mary K. Cryar
        Johnson & Bell, Ltd.
        33 West Monroe Street, Suite 2700
        Chicago, Illinois  60603

     PLEASE TAKE NOTICE that on September 3, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Counter-Plaintiffs **DISCOUNT MEGA MALL CORP., KYUN HEE PARK, and JENNIFER PARK's Reply in Support of their Motion for Judgment on the Pleadings,** a copy of which along with this Notice is hereby served upon you.

                                                    /s/ Michael T. Stanley
                                                    Ordower & Ordower, P.C.
                                                    One N. LaSalle Street #1300
                                                    Chicago, Illinois  60602
                                                    (312) 263-5122

C:\Documents and Settings\Larry Ordower\Desktop\Jacob Ramer\GICA v. Clark Mall, et al. - Notice of Filing - Motion for Judgment on the Pleadings.docE

CERTIFICATE OF SERVICE

    I, MICHAEL T. STANLEY, an attorney, certify that I caused to be served the foregoing Notice of Filing together with the attached Counter-Plaintiffs' Reply in Support of their Motion for Judgment on the Pleadings, upon William K. McVisk and Mary K. Cryar, via Electronic Filing on this 3rd day of September, 2008 before 5:00 p.m.


                                          /s/ Michael T. Stanley
                                          Michael T. Stanley