IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>CLARK MALL CORP. d/b/a DISCOUNT MEGA MALL CORP., MARCOS I. TAPIA, JUAN E. BELLO, JOSE L. GARCIA, LETICIA HURTADO, YOUNG S. KO, MARIANO KON, CHOONG I. KUAN, ROSA G. MADRIGAL, HILDA MENDOZA, MAN OK NO, HEE T. PARK, SUNG W. PARK, MARIA L. ROMAN, VICTOR H. VISOSO, KYUN HEE PARK and JENNIFER PARK<br>    Defendants. | No. 08 CV 2787<br><br>Judge Guzman<br><br>Magistrate Jude Ashman |

## NOTICE OF MOTION

TO: Lawrence B. Ordower, Esq.
Ordower & Ordower, PC
One North LaSalle Street
Suite 1300
Chicago, IL 60602

W. Dan Lee
155 N. Michigan Avenue
Suite 631
Chicago, IL 60601

PLEASE TAKE NOTICE that on **September 9, 2008, at 9:30 a.m.**, we shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 of the United States District Court for the Northern District of Illinois Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Plaintiff's Motion to Strike Argument First Raised in Defendants' Reply Brief,** a copy of which is attached and hereby served upon you.

                                                                                s/Mary K. Cryar

William K. McVisk, ARDC #1871307
Mary K. Cryar, ARDC #06279042
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-9818