UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

General Insurance Company of America, et al.
                                             Plaintiff,
v.                                           Case No.: 1:08−cv−02787
                                             Honorable Ronald A. Guzman

Clark Mall Corp, et al.
                                             Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff to strike Argument First Raised in Defendants' Reply Brief [27] is denied as moot. Court will determine on its own whether argument is waived without aid from the parties. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.